## IN THE UNITED STATES DISTRCIT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION`

| | |
|---|---|
| **TERESA BAKER** | **PLAINTIFF** |
| **VS.** | **CAUSE NO. 1:23-CV-00057-SA-RP** |
| **ALLSTATE INSURANCE COMPANY** | **DEFENDANT** |

### AGREED ORDER FOR DISMISSAL OF ACTION AGAINST ALLSTATE INSURANCE COMPANY AND SUBSTITUTION OF ALLSTATE INDEMNITY COMPANY

THIS ACTION having come before the court on the unopposed motion of the Defendant, Allstate Insurance Company, requesting that Allstate Indemnity Company be substituted as the Defendant and the action be dismissed against Allstate Insurance Company, and the Court having been advised that the company which issued the insurance policy at issue in this action is Allstate Indemnity Company and not Allstate Insurance Company, and having been further advised that the parties are in agreement to the entry of this order, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED THAT the Plaintiff's action against Allstate Insurance Company is dismissed.

IT IS FURTHER ORDERED AND ADJUDGED THAT Allstate Indemnity Company is substituted as a defendant in the action and that the complaint shall be deemed to be amended so that all allegations against Allstate Insurance Company are allegations against Allstate Indemnity Company.

IT IS FURTHER ORDERED THAT because Robert R. Stephenson is counsel for both Allstate Insurance Company and Allstate Indemnity Company, and has agreed to respond on

- 2 -

behalf of Allstate Indemnity Company without the requirement of service of process upon Allstate Indemnity Company, the responsive pleading of Allstate Indemnity Company shall be served within thirty (30) days of the date of this order.

SO ORDERED, this the 26th day of April, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

Agreed and Approved by:

/s/ DeMoreo Reddick
DEMOREO REDDICK, ESQ.
*Attorney for the Plaintiff*


/s/ Robert Stephenson
ROBERT STEPHENSON, ESQ.
*Attorneys for the Defendants*